# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARRELL SPARKS, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 18-157E |
| ) | |
| v. ) | Judge Cathy Bissoon |
| ) | Magistrate Judge Susan Paradise Baxter |
| J. GARHART, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Susan Paradise Baxter for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On June 20, 2018, the Magistrate Judge issued a Report (Doc. 2) recommending that Plaintiff's Motion for Leave to Proceed in Forma Pauperis (Doc. 1) be granted, and that this action be dismissed as legally frivolous in accordance with 28 U.S.C. § 1915(e). Service of the Report and Recommendation was made on Plaintiff, and no objections have been filed.

After a review of the pleadings and documents in this case, together with the Report and Recommendation, it hereby is **ORDERED** that: Plaintiff's Motion for Leave to Proceed in Forma Pauperis (**Doc. 1**) is **GRANTED**; this action is **DISMISSED** pursuant to 28 U.S.C. § 1915(e); and the Magistrate Judge's Report and Recommendation (Doc. 2) is adopted as the Opinion of the District Court.

IT IS SO ORDERED.


August 27, 2018                                       s\Cathy Bissoon
                                                      Cathy Bissoon
                                                      United States District Judge

cc (via First-Class U.S. Mail):

Darrell Sparks
Erie County Prison
1618 Ash Street
Erie, PA  16503